UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR26-001 LK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MICHAEL KEYLON MILLER-JIMERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offenses charged:

1. Armed Bank Robbery

2. Robbery

3. Conspiracy to Commit Robbery

Date of Detention Hearing:   January 12, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was sentenced on January 6, 2026, for Count 1-Murder in the Second Degree in Pierce County Superior Court. He was sentenced to 180 months custody and 36 months of community custody. He was present in Court on a writ and does not contest detention at this time.

2. Defendant poses a risk of nonappearance because he has been sentenced to a significant period of incarceration in another jurisdiction, and a risk of danger based upon the nature of the charges.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 12th day of May 2026.

*[signature: Kate Vaughan]*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3